John David MCBRIDE, Plaintiff—
Appellant,

v.

COMMONWEALTH'S ATTORNEY'S OFFICE; State of Virginia, Defendants—Appellees.

No. 03–7210.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2003.

Decided Dec. 12, 2003.

John David McBride, Appellant pro se.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

*UNPUBLISHED*

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

John David McBride appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McBride v. Commonwealth's Attorney's Office,* No. CA–03–172–6 (E.D.Va. July 24, 2003). We deny McBride's motion for release and compensation relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*